IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE 3M COMPANY, a Delaware corporation; 3M INNOVATIVE PROPERTIES CO., a Delaware corporation; and MR. JEAN SILVESTRE,<br><br>      Plaintiffs,<br><br>  v.<br><br>BOSS AUTO IMPORT, S.A., a corporation of Spain; E.M.M. INTERNATIONAL B.V., a corporation of the Netherlands; E.M.M. AMERICA, INC., a New Hampshire corporation; INDASA, S.A., a corporation of Portugal; INDASA U.S.A., Inc., a Delaware corporation; INTERTAPE POLYMER GROUP, INC., a corporation of Canada; INTERTAPE, INC., a Virginia corporation; SAINT-GOBAIN ABRASIFS, a corporation of France; SAINT-GOBAIN ABRASIVES, INC., a Massachusetts corporation; and TRANSTAR AUTOBODY TECHNOLOGIES, INC., an Ohio corporation,<br><br>      Defendants. | C. A. No. 04-1471 |

**E.M.M. INTERNATIONAL B.V.'S REPLY IN SUPPORT OF ITS MOTION FOR MANDATORY STAY OF PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659(a)**

  Defendant E.M.M. International B.V. ("E.M.M. International") submits this reply in support of its motion for a mandatory stay of proceedings pursuant to 28 U.S.C. § 1659(a). E.M.M. International is surprised by the contents of plaintiffs' answering brief, particularly in light of plaintiffs' counsel's (correct) statement to E.M.M. International's counsel that the plaintiffs had no right to respond to E.M.M. International's motion

because the stay it requested is mandatory as a matter of statutory right. Indeed, the statute provides for a *mandatory* stay, beyond the discretion of the district court. *See* 28 U.S.C. § 1659(a) ("At the request of a party …the district court *shall* stay…") (emphasis added). The plaintiffs' assertions about whether or not a stay would be "appropriate" are, therefore, irrelevant.

In addition, contrary to plaintiffs' assertions, the joint motion filed in the ITC with respect to E.M.M. International will not terminate the "proceeding before the Commission." The ITC proceeding will continue against other respondents with respect to a number of issues that would need to be addressed by this Court; for example, the scope of the patent claims asserted by plaintiffs, the validity of those claims, and whether these claims were obtained by inequitable conduct.[1] Plaintiffs have never disputed that many issues present in this case are identical to the ones in the ongoing ITC proceeding. In fact, as stated in E.M.M. International's initial motion, the plaintiffs filed a "Notice of Related Case" in this Court, where they acknowledged that "[t]he ITC action involves the same patents asserted in this action, and generally involve the same accused products." *See* Notice of Related Case, filed on November 24, 2004, at 2. The statute is unequivocal that "the district court shall stay … proceedings in the civil action with respect to *any* claim that involves the same issues involved in the proceedings before the Commission." *See* 28 U.S.C. § 1659(a) (emphasis added).

Contrary to the plaintiffs' suggestion, the statute never provides for piecemeal stays of parts of a district court action against some but not other parties, depending on whether a party is currently a respondent in the ITC proceeding. Instead, the statute says

---

[1] In fact, even once the joint motion is granted by the Administrative Law Judge, his decision must be endorsed by the full Commission, which will take at least thirty additional days.

explicitly that "proceedings in the civil action" shall be stayed "with respect to any *claim* that involves the same *issues* involved in the ITC proceeding." *See* 28 U.S.C. § 1659(a) (emphasis added).

    E.M.M. International therefore requests that the Court grant E.M.M. International the stay of proceedings it is entitled to as of right, pursuant to 28 U.S.C. § 1659(a).

YOUNG CONAWAY STARGATT
& TAYLOR

_____
Kevin M. Baird (# 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: 302-571-6600

*Attorneys for defendant E.M.M. International B.V.*

OF COUNSEL:

Wayne L. Stoner
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109

Dated: March 1, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, hereby certify that on March 1, 2005, copies of the foregoing document were caused to be served upon the following:

**BY ELECTRONIC FILING AND HAND DELIVERY**

> William J. Marsden, Jr., Esquire
> Timothy Devlin, Esquire
> Fish & Richardson P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19899-1114
>
> John W. Shaw, Esquire
> Karen E. Keller, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> Wilmington, DE  19899
>
> George H. Seitz, III, Esquire
> Patricia P. McGonigle
> Seitz, Van Ogtrop & Green, P.A.
> 222 Delaware Avenue, Suite 1500
> Wilmington, DE  19899
>
> David E. Wilks, Esquire
> Buchanan Ingersoll, PC
> The Nemours Building
> 1007 North Orange Street, Suite 1110
> Wilmington, DE  19801

**BY FEDERAL EXPRESS**

> Jonathan Singer, Esquire
> Courtney Nelson Wills, Esquire
> Fish & Richardson, P.C.
> 3300 Dain Rauscher Plaza
> 60 South Sixth Street
> Minneapolis, MN  55402
>
> George L. Pinchak, Jr., Esquire
> Watts Hoffman, Co., LPA
> 1100 Superior Avenue, Suite 1750
> Cleveland, OH  44114

Martin B. Pavane, Esquire
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, NY 10176

          YOUNG CONAWAY STARGATT & TAYLOR

          */s/ Kevin M. Baird*
          Kevin M. Baird (# 4219)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE 19801
          (302) 571-6600

          *Attorneys for defendant E.M.M. International B.V.*