# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ELECTRONIC FILING**

March 1, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 King Street
Wilminton, DE  19801

Re:   The 3M Company, et al. v. Boss Auto Import, S.A , et al.
      USDC-D. Del. - C.A. No. 04-1471-JJF

Dear Judge Farnan:

Briefing is now complete on Intertape's Motion to Dismiss for Lack of Personal Jurisdiction Under F.R.C.P. 12(b)(2), Or, In The Alternative, Motion for a More Definite Statement Under F.R.C.P. 12(e).  Pursuant to Local Rule 7.1.4, The 3M Company, 3M Innovative Properties Co., and Mr. Jean Silvestre request oral argument on the motion.

Respectfully,

William J. Marsden, Jr.

WJM/jrm

cc:   Clerk of the Court (via electronic filing)
      John W. Shaw, Esq. (via electronic filing)
      David E. Wilks, Esq. (via electronic filing)
      Kevin Baird, Esq. (via electronic filing)

80023174.doc