IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE 3M COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1471-JJF |
| | ) | |
| BOSS AUTO IMPORT, S.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties that subject to the approval and order of the Court, that the deadline by which defendants Saint-Gobain Abrasifs and Saint-Gobain Abrasives, Inc. have to respond to Plaintiff's Amended Complaint (D.I. 46) in the above action is extended through and including Thursday, March 3, 2005.

| FISH & RICHARDSON, P.C. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ #4241 | /s/ |
| William J. Marsden, Jr. (No. 2247) | John W. Shaw (No. 3362) |
| 919 N. Market St. Suite 1100 | The Brandywine Building |
| P.O. Box 1114 | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19899-0391 |
| (302) 778-8401 | (302) 571-6600 |
| *Attorneys for Plaintiff The 3M Company* | *Attorneys for Defendants Saint-Gobain Abrasifs and Saint-Gobain Abrasives, Inc.* |

SO ORDERED this ___1___ day of ___March___, 2005.

_____
United States District Judge

WP3:1088628.1                                                              063891.1001