IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE 3M COMPANY, a Delaware corporation; 3M INNOVATIVE PROPERTIES CO., a Delaware corporation; and MR. JEAN SILVESTRE, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 04-1471 (JJF) |
| BOSS AUTO IMPORT, S.A., a corporation of Spain; E.M.M. INTERNATIONAL B.V., a corporation of the Netherlands; E.M.M. AMERICA, INC., a New Hampshire corporation; INDASA, S.A., a corporation of Portugal; INDASA U.S.A., Inc., a Delaware corporation; INTERTAPE POLYMER GROUP, INC., a corporation of Canada; INTERTAPE, INC., a Virginia corporation; SAINT-GOBAIN ABRASIFS, a corporation of France; SAINT-GOBAIN ABRASIVES, INC., a Massachusetts corporation; and TRANSTAR AUTOBODY TECHNOLOGIES, INC., an Ohio corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date by which defendants Saint-Gobain Abrasifs and Saint-Gobain Abrasives, Inc. shall answer, plead or otherwise respond to the Complaint is extended through and including March 10, 2005.

| | |
|---|---|
| /s/ William J. Marsden, Jr. | /s/ Karen E. Keller |
| William J. Marsden, Jr. (No. 2247) | John W. Shaw (No. 3362) |
| Timothy Devlin (No. 4241) | Karen E. Keller (No. 4489) |
| FISH & RICHARDSON, P.C. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 919 N. Market Street, Suite 1100 | The Brandywine Building |
| P.O. Box 1114 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899-0391 |
| (302) 652-5070 | (302) 571-6600 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *The 3M Company,* | *Saint-Gobain Abrasifs, and.* |
| *3M Innovative Properties Co., and* | *Saint-Gobain Abrasives, Inc.* |
| *Mr. Jean Silvestre* | |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge