IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE 3M COMPANY, et al., :
:
      Plaintiffs, :
:
v. : Civil Action No. 04-1471 JJF
:
BOSS AUTO IMPORT, S.A., :
et al. :
:
      Defendants. :

### O R D E R

WHEREAS, Plaintiffs in the above-captioned matter have also filed a Complaint with the International Trade Commission ("ITC");

WHEREAS, the patent issues before the ITC are common to Defendants,

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) This matter is **STAYED** pending a decision by the ITC;

2) The Parties shall advise the Court when the ITC decision is issued.

March 7, 2005
DATE

UNITED STATES DISTRICT JUDGE