CONFIDENTIAL

**Attachment D**
**Consent Judgment for District Court Action**
**(Saint-Gobain U.S.)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3M COMPANY,<br>3M INNOVATIVE PROPERTIES<br>COMPANY, and JEAN SILVESTRE<br><br>                Plaintiffs,<br><br>   v.<br><br>BOSS AUTO IMPORT, S.A. *et al.*<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-1471 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT JUDGMENT

The Parties having considered the facts and applicable law and having agreed to the entry of this Judgment, it is therefore found, adjudged, and decreed as follows:

### FINDINGS OF FACT

1. Plaintiff 3M Company ("3M") is a Delaware corporation having its principal place of business at 3M Center, St. Paul, Minnesota 55133-3427. 3M Company is in the business of manufacturing and selling a wide variety of consumer, commercial and industrial products, including products for the automotive aftermarket, such as foam masking tape.

2. Plaintiff 3M Innovative Properties Company ("3M IPC") is a Delaware corporation having its principal place of business at 3M Center, St. Paul, Minnesota 55133-3427.

-21-

**CONFIDENTIAL**

3M IPC is a wholly owned subsidiary of 3M and is in the business of obtaining, managing and licensing intellectual property.

3. Plaintiff Jean Silvestre ("Silvestre") is an individual living at Grand Enclos 2, 4180 Hamoir, Belgium.

4. Defendant Saint-Gobain Abrasifs (France) ("Saint Gobain France") is a corporation organized under the laws of France having its principal place of business at Rue de L'Ambassadeur, BP8, 78702 Conflans-Sainte-Honorine, France.

5. Defendant Saint-Gobain Abrasives, Inc. ("Saint-Gobain U.S.") is a Massachusetts corporation having its principal place of business at 1 New Bond Street, Worcester, Massachusetts 01606. Saint-Gobain U.S. is in the business of distributing and selling commercial and consumer abrasives and other products, including foam masking tape.

6. On November 9, 1993, United States Patent No. 5,260,097 ("the '097 patent") entitled "Method for Masking a Surface by Adhesive Application of an Elongated, Compressible, Windowless Cushion," was issued to Jean Silvestre, who owns all right, title and interest in the patent. 3M is the exclusive licensee of the '097 patent.

7. Plaintiffs brought this action against Saint-Gobain France and Saint-Gobain U.S. and others for infringement of the '097 patent.

8. The manufacture, use, importation, offer for sale, and/or sale of products by Saint-Gobain U.S. has contributed to or induced the infringement by others of one or more claims of the '097 patent, but Saint-Gobain U.S. denies that it has acted willfully or in bad faith.

9. Saint-Gobain France denies that it has made, used, imported, sold for importation, offered for sale, and/or sold any of the products accused by Plaintiffs in or for use in the United States.

CONFIDENTIAL

10. Any finding of fact which is deemed to be a Conclusion of Law is hereby adopted as such.

11. The Parties seek to terminate this litigation through this Consent Judgment.

## CONCLUSIONS OF LAW

12. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271 *et seq*. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

13. This Court has personal jurisdiction over the parties, and venue is proper in this district pursuant to 28 U.S.C. § 1400(b).

14. Saint-Gobain U.S. has infringed (directly, contributorily, or by inducement) the patents in suit by its sale of foam masking tape, including foam masking tape sold under the "Normag$^{TM}$" brand. Saint-Gobain U.S. denies such infringement was willful and the Court makes no finding of willfulness by Saint-Gobain U.S. in this Consent Judgment.

15. The parties intend and this Court explicitly orders that the issues of infringement are hereby finally concluded and disposed of and that this Consent Judgment bars Defendant from contending in this action or any other proceeding that the products in suit and other products that are only colorably different do not infringe the '097 patent.

16. This Judgment shall finally conclude and dispose of this litigation as to Saint-Gobain U.S., and shall be entitled to issue and claim preclusion effect in future litigation or Patent Office proceedings related to the '097 patent.

17. Any Conclusion of Law which is deemed to be a Finding of Fact is hereby adopted as such.

18. The complaint against Saint-Gobain France shall be dismissed without prejudice.

CONFIDENTIAL

**IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:**

A.  Remedies for past infringement shall be in accordance with a Settlement Agreement made and entered into by the parties on March __, 2005.

B.  Saint-Gobain U.S., including their officers and directors, agents, servants, employees, attorneys, distributors, and all persons controlling, controlled by, or in active concert or participation with, through, or under them are hereby enjoined from the sale of the Normag™ product or any other products not more than colorably different from the Normag™ product and any other acts with respect to such products that infringe any claim of the '097 patent, and from causing, inducing or contributing to the infringement of that patent by others.

C.  This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Judgment and enforcement of the Settlement Agreement.

D.  No appeal shall be taken by any party from this Consent Judgment, the right to appeal being expressly waived by all parties.

E.  This Consent Judgment shall finally conclude and dispose of all claims and counterclaims between Plaintiffs and Saint-Gobain Abrasives, Inc. with prejudice and between Plaintiffs and Saint-Gobain Abrasifs (FRANCE) without prejudice.

F.  Each party shall bear its own costs and attorney's fees.

G.  Final Judgment shall be entered hereto, forthwith, without further notice.

The Clerk is directed to enter this final Consent Judgment forthwith.

IT IS SO ORDERED.

Dated:_____              _____
                                    The Honorable Joseph Farnan, Jr.
                                    United States District Judge

CONFIDENTIAL

HEREBY STIPULATED AND AGREED TO:

                              3M COMPANY,
                              3M INNOVATIVE PROPERTIES COMPANY and
                              Mr. Jean Silvestre

                              By their attorneys,

Dated: 3/11/05

                              SAINT-GOBAIN ABRASIVES, INC.

                              By their attorneys,

Dated: 3/3/05                             for Matthew B. Lowrie
                              Lowrie, Lando & Anastasi, LLP

                              SAINT-GOBAIN ABRASIFS (FRANCE)

                              By their attorneys,

Dated: 3/3/05                             for Matthew B. Lowrie
                              Lowrie, Lando & Anastasi, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2005, I electronically filed the attached **CONSENT JUDGMENT** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| John W. Shaw<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building, 17th Floor<br>Wilmington, DE 19899-0391 | Attorneys for Defendants Saint-Gobain Abrasifs and Saint-Gobain Abrasives, Inc. |
| David E. Wilks<br>Buchanan Ingersoll, PC<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801 | Attorneys for Defendant Intertape Polymer Group, Inc. and Intertape, Inc. |

/s/ William J. Marsden, Jr.
marsden@fr.com

80023401.doc