IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THE 3M COMPANY, a Delaware        :
corporation; 3M INNOVATIVE        :
PROPERTIES CO., a Delaware        :
corporation; and MR. JEAN         :
SILVESTRE,                        :
                                  :
            Plaintiffs,           :
                                  :
       v.                         :   Civil Action No. 04-1471-JJF
                                  :
BOSS AUTO IMPORT, S.A., a         :
corporation of Spain;             :
E.M.M. INTERNATIONAL B.V.,        :
a corporation of the              :
Netherlands; INTERTAPE POLYMER:
GROUP, INC., a corporation of     :
Canada; INTERTAPE POLYMER         :
CORP., a Delaware Corporation;:
and IPG ADMINISTRATIVE            :
SERVICES, INC.,                   :
                                  :
            Defendants.           :

### O R D E R

WHEREAS, Defendants Intertape Polymer Group, Inc. and Intertape, Inc. filed a Motion To Dismiss For Lack Of Personal Jurisdiction Under F.R.C.P. 12(b)(2), Or, In The Alternative, Motion For A More Definite Statement Under F.R.C.P. 12(e) (D.I. 40);

WHEREAS, an Amended Complaint was filed removing Intertape, Inc. as a named defendant in this action and adding Intertape Polymer Corp. and IPG Administrative Services, Inc., but retaining Intertape Polymer Group, Inc. a Canadian Corporation;

WHEREAS, after the Amended Complaint was filed by Plaintiffs, Intertape Polymer Group, Inc., Intertape Polymer

Corp. and IPG Administrative Services, Inc. filed a Renewed Motion To Dismiss For Lack Of Personal Jurisdiction Under F.R.C.P. 12(b)(2), Or, In The Alternative, Motion For A More Definite Statement Under F.R.C.P. 12(e) (D.I. 67) which relied on the briefing submitted in connection with the original Motion To Dismiss;

WHEREAS, the above-captioned action has been stayed (D.I. 81) pending a decision by the International Trade Commission (the "ITC") on a Complaint filed by Plaintiffs implicating the issues in this case;

NOW THEREFORE, IT IS HEREBY ORDERED this 22 day of August 2005, that:

1. The Motion To Dismiss For Lack Of Personal Jurisdiction Under F.R.C.P. 12(b)(2), Or, In The Alternative, Motion For A More Definite Statement Under F.R.C.P. 12(e) (D.I. 40) filed by Intertape, Inc. and Intertape Polymer Group, Inc. is **DENIED AS MOOT** with respect to Intertape, Inc. based on the filing of the Amended Complaint and **DENIED WITH LEAVE TO RENEW** as to Intertape Polymer Group, Inc. after the decision of the ITC is issued and the stay of this action is lifted.

2. The Renewed Motion To Dismiss For Lack Of Personal Jurisdiction Under F.R.C.P. 12(b)(2), Or, In The Alternative, Motion For A More Definite Statement Under F.R.C.P. 12(e) (D.I. 67) filed by Intertape Polymer Group, Inc.; Intertape Polymer

Corp. and IPG Administrative Services, Inc. is **DENIED WITH LEAVE TO RENEW** after the decision of the ITC is issued and the stay of this action is lifted.

                                             _____
                                             UNITED STATES DISTRICT JUDGE