IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE 3M COMPANY, a Delaware corporation; 3M INNOVATIVE PROPERTIES CO., a Delaware corporation; and MR. JEAN SILVESTRE,<br><br>         Plaintiffs,<br><br>    v.<br><br>BOSS AUTO IMPORT, S.A., a corporation of Spain; E.M.M. INTERNATIONAL B.V., a corporation of the Netherlands; INTERTAPE POLYMER GROUP, INC., a corporation of Canada; INTERTAPE POLYMER CORP., a Delaware corporation; IPG ADMINISTRATIVE SERVICES, INC., a Delaware corporation; SAINT-GOBAIN ABRASIFS, a corporation of France; SAINT-GOBAIN ABRASIVES, INC., a Massachusetts corporation; and TRANSTAR AUTOBODY TECHNOLOGIES, INC., an Ohio corporation,<br><br>         Defendants. | C.A. No. 04-1471-JJF |

**NOTICE OF ITC DECISION AND REQUEST FOR STATUS CONFERENCE**

Pursuant to the Court's Order staying this case of March 7, 2005, plaintiffs inform the Court that the ITC has rendered its decision in this matter as to the remaining defendant in the ITC action. The decision, which found the '097 patent valid and infringed, is attached as Exhibit A. The ITC also issued a general exclusion order, attached hereto as Exhibit B. The presidential review period expired on December 30, 2005, and the time for any appeal of the ITC matter expired on February 28, 2006.

3M has concluded settlements of this action with all remaining defendants except: Boss Auto Import, S.A., EMM Int'l B.V., Intertape Polymer Group, Inc., Intertape Polymer Corp. and IPG Administrative Services, Inc.

Plaintiffs respectfully request a status conference between the remaining parties at the Court's convenience to discuss further scheduling of this case.

Dated: March 17, 2006　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　By:　*/s/ Timothy Devlin*
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (marsden@fr.com)
　　　　　　　　　　　　　　　　　　　　Timothy Devlin (tdevlin@fr.com)
　　　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1114

　　　　　　　　　　　　　　　　　　　　Jonathan Singer
　　　　　　　　　　　　　　　　　　　　Courtney Nelson Wills
　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C., P.A.
　　　　　　　　　　　　　　　　　　　　3300 Dain Rauscher Plaza
　　　　　　　　　　　　　　　　　　　　60 South Sixth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　3M Company, 3M Innovative Properties Co, and
　　　　　　　　　　　　　　　　　　　　Mr. Jean Silvestre

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2006, I electronically filed with the Clerk of Court NOTICE OF ITC DECISION AND REQUEST FOR STATUS CONFERENCE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building, 17th Floor<br>Wilmington, DE  19899-0391 | Attorneys for Defendants Saint-Gobain Abrasifs and Saint-Gobain Abrasives, Inc. |
| Kevin Baird<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building, 17th Floor<br>Wilmington, DE  19899-0391 | Attorneys for Defendant EMM International B.V. |
| David E. Wilks<br>Buchanan Ingersoll, PC<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE  19801 | Attorneys for Defendant Intertape Polymer Group, Inc. and Intertape, Inc. |

                                                */s/ Timothy Devlin*
                                                Timothy Devlin (#4241)

60345941.doc