IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE 3M COMPANY, 3M INNOVATIVE :
PROPERTIES CO., and MR. JEAN :
SILVESTRE, :
:
    Plaintiffs, :
:
v. : Civil Action No. 04-1471 JJF
:
BOSS AUTO IMPORT, S.A., :
E.M.M. INTERNATIONAL B.V., :
INTERTAPE POLYMER GROUP, INC.,:
INTERTAPE POLYMER CORP., IPG :
ADMINISTRATIVE SERVICES, INC.,:
SAINT-GOBAIN ABRASIFS, :
SAINT-GOBAIN ABRASIVES, INC., :
TRANSTAR AUTOBODY :
TECHNOLOGIES, INC. :
:
    Defendants. :

### O R D E R

WHEREAS, on March 7, 2005, the Court stayed this matter pending a decision by the International Trade Commission (D.I. 81);

WHEREAS, the parties have notified the Court that the International Trade Commission has rendered its decision in this matter and additionally, the parties have requested a status conference (D.I. 86);

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on **Thursday, June 8, 2006 at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

May 11, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE