IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE 3M COMPANY, a Delaware corporation; 3M INNOVATIVE PROPERTIES CO., a Delaware corporation; and MR. JEAN SILVESTRE,<br><br>Plaintiff,<br><br>v.<br><br>BOSS AUTO IMPORT, S.A., a corporation of Spain; EMM INTERNATIONAL BV, a corporation of the Netherlands; INTERTAPE POLYMER GROUP, INC., a corporation of Canada; INTERTAPE POLYMER CORP., a Delaware corporation; and IPG ADMINISTRATIVE SERVICES, INC., a Delaware corporation,<br><br>Defendants. | C.A. No. 04-1471-JJF |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Courtney Nelson Wills and Jonathan E. Singer to represent plaintiffs in this matter.

Signed:   */s/ William J. Marsden, Jr.*
          William J. Marsden, Jr. (#2247)
          919 N. Market Street, Suite 1100
          P.O. Box 1114
          Wilmington, DE 19899-1114

Attorney for: Plaintiff, Minnesota Mining & Manufacturing Co., 3M Innovative Properties; and Mr. Jean Silvestre

Date: June 5, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, Illinois, and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 6/2/06 _____

Jonathan E. Singer
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
612 337-2534
Email: singer@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Courtney Nelson Wills*

Date: *June 1, 2006*

Courtney Nelson Wills
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
612 337-2567
Email: nelsonwills@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed with the Clerk of Court the Motion for Admission Pro Hac using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| EMM International B.V. | Kevin Baird<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |
|---|---|
| Intertape Polymer Group, Inc.<br>Intertape Polymer Corp.<br>IPG Administrative Services | David E. Wilks<br>Buchanan Ingersoll PC<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801 |

I hereby certify that on June 5, 2006, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

| Boss Auto | Robert D. Katz<br>Jason S. Marin<br>Cooper & Dunham LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 |
|---|---|
| EMM International B.V. | Wayne Stoner<br>Wilmer Cutler Pickering Hale & Dorr Llp<br>60 State Street<br>Boston, MA 02109 |
| Intertape Polymer Group, Inc.<br>Intertape Polymer Corp.<br>IPG Administrative Services | John K. Abokhair<br>Shauna M. Wertheim<br>Roberts Abokhair & Mardula, Llc<br>11800 Sunrise Valley Drive, Suite 1000<br>Reston, VA 20191 |

                                               /s/ William J. Marsden, Jr.
                                               William J. Marsden, Jr.

80033419.doc