IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE 3M COMPANY, 3M INNOVATIVE PROPERTIES CO., and MR. JEAN SILVESTRE,<br><br>Plaintiffs,<br><br>v.<br><br>BOSS AUTO IMPORT, S.A.,<br>E.M.M. INTERNATIONAL B.V.,<br>INTERTAPE POLYMER GROUP, INC.,<br>INTERTAPE POLYMER CORP.,<br>IPG ADMINISTRATIVE SERVICES, INC.,<br>SAINT-GOBAIN ABRASIFS,<br>SAINT-GOBAIN ABRASIVES, INC.,<br>And TRANSTAR AUTOBODY TECHNOLOGIES, INC.,<br><br>Defendants. | C.A. No. 04-1471-JJF |

**NOTICE OF SUBSTITUTION**
**AND WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the law firm of Young Conaway Stargatt & Taylor, LLP hereby enters its appearance as Delaware counsel for defendants Intertape Polymer Group, Inc., Intertape Polymer Corp., and IPG Administrative Services, Inc., and David E. Wilks of Reed Smith LLP hereby withdraws his appearance as Delaware counsel for those defendants.

- 2 -

| REED SMITH LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ David E. Wilks* | */s/ Karen L. Pascale* |
| David E. Wilks (#2793)<br>1201 North Market Street<br>Suite 1500<br>Wilmington, Delaware 19801<br>Phone: 302-778-7560<br>dwilks@reedsmith.com | Karen L. Pascale (#2903)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Phone: 302-571-6600<br>kpascale@ycst.com |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| William J. Marsden, Jr | marsden@fr.com, manis@fr.com; sub@fr.com; kilby@fr.com; dob@fr.com |
| George H. Seitz, III | gseitz@svglaw.com, dclack@svglaw.com; dnowaczyk@svglaw.com |
| John W. Shaw | jshaw@ycst.com, corporate@ycst.com; ptorterotot@ycst.com; corpcal@ycst.com |
| David E. Wilks | dwilks@reedsmith.com, wolfgangjr@bipc.com; bracegirdletj@bipc.com |

I further certify that on June 7, 2006, I caused a copy of the foregoing document to be served on the following participants in the manner indicated below:

### *By Hand Delivery and E-Mail*

William J. Marsden, Jr. [marsden@fr.com]
Timothy Devlin
FISH & RICHARDSON, P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
  *Attorneys for Plaintiffs, 3M Company, 3M Innovative Properties Co., and Mr. Jean Silvestre*

John W. Shaw [jshaw@ycst.com]
Karen E. Keller [kkeller@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
  *Attorneys for Defendant E.M.M. International B.V.*

David E. Wilks [dwilks@reedsmith.com]
Thad J. Bracegirdle [TBracegirdle@reedsmith.com]
REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
   *Withdrawing Attorneys for Defendants Intertape Polymer Group, Inc., Intertape Polymer Corp., and IPG Administrative Services, Inc.*

***By E-Mail***

Jonathan Singer [singer@fr.com]
Courtney Nelson Wills [nelsonwills@fr.com]
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
   *Attorneys for Plaintiffs, 3M Company, 3M Innovative Properties Co., and Mr. Jean Silvestre*

Wayne L. Stoner [wayne.stoner@wilmerhale.com]
WILMER CUTLER PICKERING HALE AND DOOR LLP
60 State Street
Boston, MA 02109
   *Attorneys for Defendant E.M.M. International B.V.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen L. Pascale*
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
   *Attorneys for Defendants Intertape Polymer Group, Inc., Intertape Polymer Corp., and IPG Administrative Services, Inc.*