IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE 3M COMPANY, 3M INNOVATIVE PROPERTIES CO., and MR. JEAN SILVESTRE, <br><br>    Plaintiffs, <br><br> v. <br><br> BOSS AUTO IMPORT, S.A., E.M.M. INTERNATIONAL B.V., INTERTAPE POLYMER GROUP, INC., INTERTAPE POLYMER CORP., IPG ADMINISTRATIVE SERVICES, INC., SAINT-GOBAIN ABRASIFS, SAINT-GOBAIN ABRASIVES, INC., TRANSTAR AUTOBODY TECHNOLOGIES, INC. <br><br>    Defendants. | Civil Action No. 04-1471 JJF |

**O R D E R**

By letter dated June 8, 2006, Robert D. Katz, Esquire requested permission to appear in this case _pro hac vice_ without local counsel to represent Boss Auto Import, S.A. The request is **GRANTED**.

SO ORDERED.

June 8, 2006
   DATE

_/s/ Joseph J. Farnan, Jr._
UNITED STATES DISTRICT JUDGE