IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3M COMPANY, et al., | : |
|     Plaintiffs, | : |
| v. | : Civil Action No. 04-1471-JJF |
| BOSS AUTO IMPORT SA, et al., | : |
|     Defendants. | : |

### O R D E R

WHEREAS, the Court held a Status Conference in this matter on Thursday, June 8, 2006;

WHEREAS, the parties present represented that all parties in the case are engaged in settlement negotiations;

NOW THEREFORE, IT IS HEREBY ORDERED that, if all parties have not entered stipulations of dismissal by **Monday, July 31, 2006**:

1. The Court will conduct a Rule 16 Scheduling Conference on **Wednesday, August 2, 2006, at 12:00 noon**;

2. No later than Tuesday, **August 1, 2006, at 4:00 p.m.**, Plaintiff and any Defendant(s) remaining in the case shall jointly submit a Proposed Scheduling Order, identifying any issues upon which the parties disagree.

June 13, 2006  
DATE

_____  
UNITED STATES DISTRICT JUDGE