# FISH & RICHARDSON P.C., P.A.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

**VIA ELECTRONIC FILING**

August 1, 2006

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   The 3M Company, et al. v. Boss Auto Import, S.A., et al.
      USDC-D. Del. - C.A. No. 04-1471-JJF

Dear Judge Farnan:

I have enclosed a Proposed Scheduling Order which the parties have agreed to.

Respectfully,

William J. Marsden, Jr.

Enclosure

Cc:   Clerk of Court (via electronic filing)
      Robert D. Katz, Esq. (via email)

80035542.doc