IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE 3M COMPANY, a Delaware corporation; 3M INNOVATIVE PROPERTIES CO., a Delaware corporation; and MR. JEAN SILVESTRE, <br><br>             Plaintiffs, <br><br>   v. <br><br> BOSS AUTO IMPORT, S.A., a corporation of Spain <br><br>             Defendant. | C.A. No. 04-1471-JJF |

## [PROPOSED] RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS SO ORDERED that:

**1.     Pre-Discovery Disclosures.**  The parties will exchange by **August 16, 2006**, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

**2.     Joinder of Other Parties.**  All motions to join other parties shall be filed on or before **October 5, 2006**.

**3.     Discovery.**

(a)     Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **November 17, 2006**.

(b)     Maximum of **25** interrogatories, including contention interrogatories, **directed to each opposing party**.

(c)     Maximum of **50** requests for admission **directed to each opposing party**.

(d)     Maximum of **10** depositions **directed to each opposing party**, excluding expert depositions.  **The parties agree that fact witness and third party**

**depositions may occur at any time during the fact discovery period**. This order shall not preclude the parties from altering the provisions of paragraphs 3(a)-(d) by agreement.

(e) Opening expert reports required by Fed. R. Civ. P. 26(a)(2) from the party bearing the burden of proof on an issue shall be served by **March 30, 2007**. Rebuttal reports shall be served by **April 16, 2007**.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than **May 16, 2007**, unless otherwise agreed in writing by the parties or ordered by the Court.

**4.    Discovery Disputes.**

(a) A party seeking discovery that the opposing party refuses to provide shall file a motion (no brief) pursuant to Fed. R. Civ. P. 37 and D. Del. LR 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

**5.    Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **October 12, 2006**.

**6.    Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **June 5, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion

may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

**7.    Markman.  The parties shall exchange lists of terms they contend need to be construed on or before January 3, 2007.  The parties shall exchange proposed claim construction for terms in dispute on or before January 10, 2007.  The parties will meet and confer to clarify claim terms in dispute on January 24, 2007.  Simultaneous opening Markman briefs shall be filed by the parties on February 15, 2007.  Simultaneous responsive briefs shall be filed by the parties on March 1, 2007.  No other briefs shall be filed without permission of the Court.**  The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

**8.    Applications by Motion.**

(a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b)    No facsimile transmissions will be accepted.

(c)    No telephone calls shall be made to Chambers.

(d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

**9.    Pretrial Conference and Trial.**  After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for

3

a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

**Plaintiffs propose a trial to commence within a year from the entry of the Court's Scheduling Order.  Defendant Boss Auto Import, S.A. proposes trial to commence 15 months after the entry of the Court's Scheduling Order.**

_____                          _____
DATE                                                                                  UNITED STATES DISTRICT JUDGE